RECEIVED
BY: [signature]
MAY 0 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-50023-01 |
| VERSUS | : | JUDGE WALTER |
| CHRISTOPHER CURTIS DURMON | : | MAGISTRATE JUDGE HORNSBY |

## AMENDED JUDGMENT OF FORFEITURE

WHEREAS, under the terms of the plea agreement, CHRISTOPHER CURTIS DURMON agreed to forfeit to the United States all of his rights, title and interest in a certain lot or parcel of land being a part of the William Stewart Survey, Abstract No. 936, in Cass County, Texas, and being all of Lot No. 5, in Block No. 5, of the Tanglewood Heights Addition to the City of Atlanta, Texas, as shown on the plat of said addition recorded in volume 1, page 206, of the plat records of Cass County, said lot being located on the north side of Treetop Lane, together with all buildings and improvements thereon, being municipally known as 401 Treetop Lane, Atlanta, Texas 75551 (hereinafter the "Subject Property").

AND WHEREAS, on March 23, 2005, this Court entered a Preliminary Order of Forfeiture ordering CHRISTOPHER CURTIS DURMON to forfeit all of his rights, title and interest to the Subject Property;

AND WHEREAS, the United States Marshal published notice of this action in the Atlanta Citizens Journal, Atlanta, Texas on June 1, 8 and 15, 2005, a newspaper of general circulation in Cass County, Texas. After publication of this notice, no third party claims were filed;

AND WHEREAS, on August 1, 2005, this Court entered the Final Judgment of Forfeiture ordering the United States Marshal Service for the Western District of Louisiana to seize and dispose of the Subject Property;

AND WHEREAS, the United States Marshal Service for the Eastern District of Texas seized the Subject Property located in Atlanta, Texas, and began the forfeiture process and now has a contract to sell the Subject Property;

AND WHEREAS, the title company has requested that the Final Judgment of Forfeiture be amended to order that any United States Marshal Service that is necessary be allowed to seize and dispose of the Subject Property, with no objection from counsel for the defendant.

IT IS HEREBY ORDERED that any United States Marshal Service that is necessary be allowed to seize and dispose of the Subject Property.

THUS DONE AND SIGNED this \_\_\_8\_\_\_ day of May, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE